JOSE CARIDE et al., Respondents, v ALEJANDRO ALONSO et al., Appellants. (And a Third-Party Action.)

Submitted May 9, 2011; decided June 9, 2011

Motion for reargument of motion for leave to appeal denied [*see* 16 NY3d 806 (2011)].